DOVE, J.

(No. 5774— )

BIAGIO FRISINA, Claimant, vs. STATE OF ILLINOIS, DRIVERS EXAMINATION STATION, Respondent.

*Opinion filed July 9, 1970.*

ROBERT D. McWARD, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

HOLDERMAN, J.